```
          Law Office of
        JAMES J. THOMPSON
          Attorney at Law
   1350 East Lassen Avenue, Suite 4
        Chico, California 95973
            (530)342-0886
          State Bar #63003
```

Attorney For: Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. EASTHAM, | NO. 2:06-CV-02392-WBS-EFB |
| Plaintiff, | ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| UNITED STATES OF AMERICA, DEL NORTE CLINICS, INC., PRINCE SHAH, M.D., and DOES I through XX, inclusive, | Date: 12/18/06<br>Time: 9:00 a.m.<br>Courtroom: No. 5<br>Judge: Hon. William B. Shubb |
| Defendants. | |

Good cause appearing, based upon plaintiff's Request for Continuance of Status Conference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Status Conference in the above-entitled matter be continued to Monday, **March 26, 2007, at 1:30 p.m.**

Dated: December 11, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE

1