IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. EASTHAM,

       Plaintiff,                    No. CIV S-06-2392 WBS EFB

       vs.

UNITED STATES OF AMERICA, et al.,

       Defendants.                <u>ORDER</u>

       Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter.  The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

       IT IS SO ORDERED.

DATED: February 21, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE