1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT L. EASTHAM,                No. 2:06-cv-02392-WBS-EFB

12          Plaintiff,

13      v.

14                                    STIPULATION TO AMEND
    UNITED STATES OF AMERICA,         COMPLAINT; ORDER
15  DEL NORTE CLINICS, INC.,
    PRINCE SHAH, M.D., and
16  DOES I through XX, inclusive,

17          Defendants.

18

19      It is stipulated between the undersigned counsel as follows:

20      1. At the time of the incident that is the subject of

21  plaintiff's COMPLAINT FOR MEDICAL MALPRACTICE AND DAMAGES,

22  defendants DEL NORTE CLINICS, INC. and PRINCE SHAH, M.D., were

23  deemed to be employees of the United States Public Health Service,

24  an agency of the United States of America, pursuant to 42 U.S.C. §

25   233(g); were acting within the scope of their federal employment as

26  employees of the United States of America; and were covered under

27  the Federal Tort Claims Act for liability for medical malpractice.

28      2. An employee of the United States acting in the scope of

                                    1

federal employment is absolutely immune under the Federal Tort Claims Act from liability for common law torts.   42 U.S.C. § 233(g)(a)(A); 28 U.S.C. § 2679(b)(1).   Under the Federal Tort Claims Act, the United States of America is therefore the only proper defendant.   Defendants DEL NORTE CLINICS, INC. and PRINCE SHAH, M.D. should therefore be dismissed from this action, and the UNITED STATES OF AMERICA substituted in their place as the proper defendant.

3. The Federal Rules of Civil Procedure do not provide for suing fictitious parties, and a suit naming Doe defendants may not be maintained in federal court.   The DOE defendants should therefore be dismissed.

4. 28 U.S.C. § 2402 provides: "Any action against the United States under section 1346 shall be tried by the court without a jury. . . ."  A jury trial is therefore statutorily prohibited in an FTCA suit against the United States.   Plaintiff is therefore not entitled to a jury trial relating to her claims against the United States, and plaintiff's demand for one should be stricken.

5. It is therefore stipulated that Plaintiff's Complaint be amended to dismiss Defendants DEL NORTE CLINICS, INC. and PRINCE SHAH, M.D., and the DOE Defendants; and to substitute as the proper Defendant the UNITED STATES OF AMERICA.

6. It is further stipulated that Plaintiff's demand for a jury be stricken.

1    DATED: February 20, 2007          McGREGOR W. SCOTT
                                       United States Attorney
2

3
                                  By:    /s/ John F. Gisla
4                                      JOHN F. GISLA
                                       Assistant United States Attorney
5                                      Attorneys for the United States

6

7
     DATED: February 7, 2007            /s/ James J. Thompson
8                                      JAMES J. THOMPSON
                                       Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       3

1

2                                    ORDER

3          Pursuant to the foregoing stipulation:

4          1. Defendants DEL NORTE CLINICS, INC. and PRINCE SHAH, are

5     dismissed from this action, and the UNITED STATES OF AMERICA is

6     substituted in their place as the proper Defendant.

7          2. The DOE Defendants are dismissed.

8          3. Plaintiff's demand for a jury is stricken.

9     DATED:  February 22, 2007

10

11                            WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      4