1  McGREGOR W. SCOTT
   United States Attorney
2  E. Robert Wright
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2702

5  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT L. EASTHAM, | No. 2:06-CV-2392-WBS-KJM |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Plaintiffs and Defendants, United States of America, hereby stipulate and agree to dismiss this action with prejudice, each party to bear his or her own costs and fees.

Each attorney signing below warrants and represents that he has authority to bind the person on whose behalf he is signing to the terms of this stipulation and agreement.

DATED: September 17, 2007           McGREGOR W. SCOTT
                                    United States Attorney

                              By:   /s/ E. Robert Wright
                                    E. ROBERT WRIGHT
                                    Assistant United States Attorney

DATED: September 20, 2007     By:   /s/ James J. Thompson
                                    JAMES J. THOMPSON, ESQ.
                                    Attorney for Plaintiff

1

1  IT IS SO ORDERED.

2  DATED:   September 20, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE